AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-mj-4215-DHH |
| Matthew Clem | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2012 and October 2014__ in the county of __Worcester__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 2252A(a)(2)(A), | Receipt of Child Pornography, |
| 18 U.S.C. § 2422(b), and | Enticement of a Minor, and |
| 18 U.S.C. § 2251(a) | Production of Child Pornography. |

This criminal complaint is based on these facts:

Please see attached affidavit by FBI Special Agent Jennifer Weidlich.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Weidlich - Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/08/2015

_____
*Judge's signature*

City and state: Worcester, Massachusetts

United States Magistrate Judge David H. Hennessy
*Printed name and title*