UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 15-mj-4215-DHH |
| | ) | |
| Matthew Clem | ) | |

Motion to Strike Motion to Continue

Now comes Attorney Geoffrey Nathan and moves to strike previously requested motion to continue detention hearing

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.
_____
Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

