UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>MATTHEW CLEM,    )<br>)<br>Defendant.   ) | Criminal Action 16-cr-40008-TSH |

**ASSENTED TO MOTION FOR LEAVE TO FILE GOVERNMENT SENTENCING EXHIBITS UNDER SEAL**

Now comes the government to request that it be allowed to file its Sentencing Exhibits under seal. In support, the government states that these Exhibits contain images depicting minors and/or identifying information of minors.

The defendant, through counsel, assents.

Wherefore the government requests that this motion be allowed.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:   /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney

**Certificate of Compliance**

Defense counsel assents.

/s/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney

Dated: July 11, 2016