UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  16-cr-40008-TSH |
| | ) |
| Matthew Clem | ) |

Motion to Seal Sentencing Recommendation Letter from Ashley Clem

Now comes Attorney Geoffrey Nathan and moves that the court seal letter from Ashley Clem, document number 51

In support thereof:

1. The public has no interest in wife's letter.

Government takes no position on this Motion.

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/12/16