UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 16-cr-40008-TSH |
| | ) |
| Matthew Clem | ) |

Motion to Continue Sentencing Hearing

Now comes Attorney Geoffrey Nathan and moves to continue sentencing hearing.

As reason therefore:

1. Client wants to review relevant conduct materials with Attorney Nathan
2. Government filed this as an exhibit list Monday July 11 2016, and attorney nathan no time to visit his client between Monday and the sentencing date.

Wherefore counsel prays the Motion be allowed

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.
_____
Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

**Opposed:** AUSA Grady


CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail based on 7/12/16