UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action 16-cr-40008-TSH |
| | ) | |
| MATTHEW CLEM, | ) | |
| | ) | |
| Defendant. | ) | |

**OPPOSITION TO THE REQUEST FOR CONTINUANCE**

The United States of America, by Carmen M. Ortiz, U.S. Attorney, and Mark J. Grady, Assistant U.S. Attorney, hereby opposes the defendant's request for a continuance.

The defendant's sentencing was scheduled to occur tomorrow morning, in April 2016, almost three months ago.  This afternoon, the day before the sentencing, the defendant has requested a continuance of his sentencing purportedly to review the relevant conduct materials in this matter.  In support, the defendant notes that the government filed its Sentencing Exhibit List on July 11, 2016.

The government suggests that there is no basis upon which to grant a continuance.  The government disclosed the materials listed in its exhibit list to the defense almost one year ago, in September 2015.  The defense has had copies of all of the materials for almost a full year.  There is no reason why the defense would now need more time to review it.

The Pre-Sentence Report, which was prepared on June 8, 2016, more than a month ago, fully discussed the relevant conduct.  The defendant, contrary to what is now apparently claimed, had time to *compile and prepare objections to the relevant conduct* which have been lodged with probation as objections to the PSR.  It seems, at best, odd, that the defendant now needs more time to review materials to which the defendant has already submitted extensive objections.

1

The government has victims coming to court tomorrow morning who have all re-arranged their lives to be present.  The victims should not be put to the expense and inconvenience of a continuance, especially upon such belated notice.[1]

Finally, as has been noted in the governments memorandum filed in response to the defendant's objections to the Pre-Sentence Report, the two additional levels that may be attributed to Clem based upon the relevant conduct do not change his guideline sentencing range.

This sentencing has been scheduled for more than three months.  The defendant was provided the exhibits upon which the government would rely more than one year ago, the defendant was clearly aware of the relevant conduct (as listed in the Pre-Sentence Report) for more than a month, had time to draft and prepare objections to the relevant conduct, and, the defendant cannot wait until the night before sentencing to raise this issue.

For all of these reasons, the request for a continuance should be denied.

        Respectfully submitted,

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY

By:   */s/ Mark J. Grady*
      Mark J. Grady
      Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Mark J. Grady*
      Mark J. Grady
      Assistant U.S. Attorney

Dated: July 11, 2016

---

[1] The government has further made extensive arrangements for the U.S. Marshals to permit defendant to be transported, after his federal sentencing, to the Worcester Superior Court so that the defendant can plead guilty to and be sentenced for two pending child rape charges involving victims in this federal matter.